# IN THE SUPREME COURT OF THE STATE OF NEVADA

REBEL WINE AND SPIRITS, INC.,
Appellant,
vs.
DYNAMO CAPITAL, LLC,
Respondent.

No. 72807

FILED

JAN 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Douglas Smith, District Judge
        Stephen E. Haberfeld, Settlement Judge
        Jennings & Fulton, Ltd.
        Reynolds & Associates
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-00123